

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00883-CR

Alan Edward **MACGONEGAL**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 22-05-14405-CR
Honorable Daniel J. Kindred, Judge Presiding

Opinion by:     Adrian A. Spears II, Justice

Sitting:         Lori I. Valenzuela, Justice
                 Adrian A. Spears II, Justice
                 Velia J. Meza, Justice

Delivered and Filed: July 1, 2026

AFFIRMED

After a jury trial, Alan Edward MacGonegal, Jr. was found guilty of indecency with a child—sexual contact and was sentenced to twelve years imprisonment. McGonegal appealed.

MacGonegal's court-appointed appellate counsel has filed a brief and motion to withdraw in accordance with *Anders v. California*, 386 U.S. 738 (1967). With citations to the record and legal authority, counsel's brief explains why no arguable points of error exist for review and concludes that this appeal is frivolous and without merit. *See id*. at 744-45; *High v. State*, 573

S.W.2d 807 (Tex. Crim. App. 1978). The brief meets the requirements of *Anders* as it presents a professional evaluation showing why there is no basis to advance an appeal. *See Anders*, 386 U.S. at 744-45; *High*, 573 S.W.2d at 812-13. In compliance with the requirements of *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), counsel certified that he served copies of the brief and motion to withdraw on MacGonegal, informed MacGonegal of his right to review the record and file a pro se brief, explained to MacGonegal the procedure for obtaining the record, and provided MacGonegal a form motion for pro se access to the record. This court subsequently set a deadline for MacGonegal to file a pro se brief. MacGonegal did not file a pro se brief.

After reviewing the appellate record and the *Anders* brief, we conclude that there are no arguable grounds for appeal, and the appeal is wholly frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005) (noting court of appeals should not address merits of issues raised in *Anders* brief or pro se response, and should only determine if the appeal is frivolous). Therefore, we affirm the judgment of the trial court and grant appellate counsel's motion to withdraw.[1] *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Adrian A. Spears II, Justice

DO NOT PUBLISH

---

[1]No substitute counsel will be appointed. Should MacGonegal wish to seek further review by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from either the date of this opinion or from "the day the last timely motion for rehearing or timely motion for en banc reconsideration was overruled by the court of appeals." *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Texas Court of Criminal Appeals. *See id*. R. 68.3. Any petition for discretionary review must comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See id*. R. 68.4.